IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Kieren Wragge and David Beard,

Plaintiff(s),

v.

The Boeing Company,

Defendant(s).

Case No. 20 C 4457
Judge Franklin U. Valderrama

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $ ,

which ☐ includes       pre–judgment interest.
      ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) The Boeing Company.
and against plaintiff(s) Kieren Wragge and David Beard.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Franklin U. Valderrama on a motion.

Date:  9/9/2022                                     Thomas G. Bruton, Clerk of Court

                                                    Analeah Charles, Deputy Clerk